# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5057**                                                       **September Term, 2024**

**1:25-cv-00334-BAH**

**Filed On: March 7, 2025** [2104416]

Gwynne A. Wilcox,

       Appellee

     v.

Donald J. Trump, in his official capacity as President of the United States and Marvin E. Kaplan, in his official capacity as Chairman of the National Labor Relations Board,

       Appellants

## O R D E R

The notice of appeal was filed on March 6, 2025, and docketed in this court on March 7, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 7, 2025 |
| Docketing Statement Form | April 7, 2025 |
| Entry of Appearance Form (Attorneys Only) | April 7, 2025 |
| Procedural Motions, if any | April 7, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 7, 2025 |
| Statement of Issues to be Raised | April 7, 2025 |
| Transcript Status Report | April 7, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | April 7, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5057**                                September Term, 2024

|  |  |
|---|---|
| Dispositive Motions, if any | April 21, 2025 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 7, 2025 |
| Entry of Appearance Form (Attorneys Only) | April 7, 2025 |
| Procedural Motions, if any | April 7, 2025 |
| Dispositive Motions, if any | April 21, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Elbert B.J. Lestrade
Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

<u>Civil Docketing Statement Form</u>
<u>Entry of Appearance Form</u>
<u>Transcript Status Report Form</u>

# United States Court of Appeals
**For The District of Columbia Circuit**
_____

**No. 25-5057**                                                           **September Term, 2024**

Request to Enter Appellate Mediation Program (Optional)
       Notice Concerning Expedition of Appeals and Petitions for Review
       Stipulation to be Placed in Stand-By Pool of Cases (Optional)