# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Gwynne Wilcox

v.

Donald Trump, et al.

**Case No:** 25-5057

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Gwynne A. Wilcox

### Counsel Information

**Lead Counsel:** Deepak Gupta
**Direct Phone:** (202) 888-1741  **Fax:** (202) 888-7792  **Email:** deepak@guptawessler.com

**2nd Counsel:** Matthew W.H. Wessler
**Direct Phone:** (202) 888-1741  **Fax:** (202) 888-7792  **Email:** matt@guptawessler.com

**3rd Counsel:** Gregory A. Beck
**Direct Phone:** (202) 888-1741  **Fax:** (202) 888-7792  **Email:** greg@guptawessler.com

**Firm Name:** Gupta Wessler LLP
**Firm Address:** 2001 K Street NW, North Tower, Suite 850, Washington, DC 20006
**Firm Phone:** (202) 888-1741  **Fax:** (202) 888-7792  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)