

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Steven A. Hirsch**
(415) 676-2286
shirsch@keker.com

March 10, 2025

Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave NW
Washington, DC 20001

**Re:   Amici Curiae's notice of intent to participate in *Wilcox* v.
*Trump*, No. 25-5057**

Dear Clerk of the Court:

Pursuant to D.C. Circuit Rule 29(b), Professors John Coates, Jeffrey N.
Gordon, Kathryn Judge, and Lev Menand hereby notify the Court that
they intend to participate in the above-referenced matter as amici
curiae in connection with the Government's emergency motion for a
stay pending appeal and in any subsequent merits proceedings.

Sincerely,

KEKER, VAN NEST & PETERS LLP

Steven A. Hirsch