# No. 25-5057

# IN THE UNITED STATES COURT OF APPEALS
# FOR DISTRICT OF COLUMBIA

---

GWYNNE WILCOX,

*Plaintiff-Appellee,*

v.

DONALD TRUMP, IN HIS OFFICIAL CAPACITY, ET AL.,

*Defendants-Appellants.*

---

*On Appeal from the Judgment of the United States District Court for the District of Columbia (1:25-cv-334-BAH)*

# NOTICE OF INTENT TO FILE AMICUS BRIEF
# OF THE STATE OF TENNESSEE

JONATHAN SKRMETTI
  *Attorney General*
WHITNEY HERMANDORFER
  *Director of Strategic Litigation*
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
Whitney.Hermandorfer@ag.tn.gov
*Counsel for the State of Tennessee*

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

The State of Tennessee hereby files this notice of intent to file an *amicus* brief in support of Defendants-Appellants.

<u>*/s/ Whitney Hermandorfer*</u>

WHITNEY HERMANDORFER
*Director of Strategic Litigation*
(615) 741-7403
Whitney.Hermandorfer@ag.tn.gov
DC Bar #888314222

# CERTIFICATE OF SERVICE

I certify that on March 11, 2025, I caused this document to be electronically filed with the Clerk of the Court using this Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER (DC Bar #888314222)