# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Gwynne A. Wilcox

v.

Donald J. Trump, et al.

**Case No:** 25-5057

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Constitutional Accountability Center

### Counsel Information

**Lead Counsel:** Brianne J. Gorod
**Direct Phone:** (202) 296-6889  Fax: (   )  **Email:** brianne@theusconstitution.org

**2nd Counsel:** Elizabeth B. Wydra
**Direct Phone:** (202) 296-6889  Fax: (   )  **Email:** elizabeth@theusconstitution.org

**3rd Counsel:** Brian R. Frazelle
**Direct Phone:** (202) 296-6889  Fax: (   )  **Email:** brian@theusconstitution.org

**Firm Name:**
**Firm Address:** 1200 18th Street NW, Suite 501 Washington, DC 20036
**Firm Phone:** (202) 296-6889  Fax: (   )  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)