No. 25-5057

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

GWYNNE A. WILCOX,

           Plaintiff-Appellee,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, et al.,

           Defendants-Appellants.

―――――――――――――

On Appeal from the United States District Court
for the District of Columbia (No. 25-cv-334)
The Honorable Judge Beryl A. Howell

## CORRECTED NOTICE OF INTENT TO FILE AMICUS BRIEF OF AMICI CURIAE MINNESOTA, ILLINOIS, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, OREGON, RHODE ISLAND, VERMONT, WASHINGTON, AND WISCONSIN

| | |
|---|---|
| KEITH ELLISON<br>Attorney General<br>State of Minnesota | KWAME RAOUL<br>Attorney General<br>State of Illinois |
| LIZ KRAMER<br>Solicitor General<br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota 55101<br>(651) 757-1010<br>liz.kramer@ag.state.mn.us | JANE ELINOR NOTZ<br>Solicitor General<br>ALEX HEMMER<br>Deputy Solicitor General<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>(312) 814-5526<br>alex.hemmer@ilag.gov |
| | *Counsel for Amici States* |

# CORRECTED NOTICE OF INTENT TO FILE AMICUS BRIEF

Amici States Minnesota, Illinois, Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Maryland, Massachusetts, Michigan, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin hereby file this notice of intent to file an amicus brief in support of plaintiff-appellee.

The undersigned respectfully requests that the Court enter his appearance as counsel for all amici States.

/s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
Office of the Illinois
    Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5526
alex.hemmer@ilag.gov

*Counsel for Amici States*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing Corrected Notice of Intent to File Amicus Brief with the Clerk of the Court for the United States Court of Appeals for D.C. Circuit using the CM/ECF system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Alex Hemmer
ALEX HEMMER