# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5057**                                    **September Term, 2024**

**1:25-cv-00334-BAH**

**Filed On: March 18, 2025** [2106300]

Gwynne A. Wilcox,

　　　　　Appellee

　　v.

Donald J. Trump, in his official capacity as
President of the United States and Marvin
E. Kaplan, in his official capacity as
Chairman of the National Labor Relations
Board,

　　　　　Appellants

**BEFORE:**　　Circuit Judges Henderson, Millett, and Walker

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, March 18, 2025 at
9:34 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

　　Eric D. McArthur, counsel for Appellants.

　　Deepak Gupta, counsel for Appellee.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:　/s/
                                Jaime T. Stratton
                                Deputy Clerk