# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Gwynne Wilcox

v.

Donald Trump, et al.

**Case No:** 25-5057

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Gwynne A. Wilcox

### Counsel Information

**Lead Counsel:** Jennifer D. Bennett

**Direct Phone:** (415) 573-0336   **Fax:** (202) 888-7792   **Email:** jennifer@guptawessler.com

**2nd Counsel:**

**Direct Phone:** (   )    -       **Fax:** (   )    -       **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    -       **Fax:** (   )    -       **Email:**

**Firm Name:** Gupta Wessler LLP

**Firm Address:** 505 Montgomery Street, Suite 625, San Francisco, CA 94111

**Firm Phone:** (415) 573-0336   **Fax:** (202) 888-7792   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)