# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5037**             **September Term, 2024**

**1:25-cv-00412-RC**
**1:25-cv-00334-BAH**

**Filed On: March 21, 2025** [2107167]

Cathy A. Harris, in her personal capacity
and in her official capacity as Member of
the Merit Systems Protection Board,

       Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

       Appellants

------------------------------

Consolidated with 25-5055

**No. 25-5057**

**1:25-cv-00334-BAH**

Gwynne A. Wilcox,

       Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States and Marvin E.
Kaplan, in his official capacity as Chairman of
the National Labor Relations Board,

       Appellants

**BEFORE:**     Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion of Ariana Cortes and Logan Karam for leave to file a brief amicus curiae in support of appellants, and the lodged brief amicus curiae; the unopposed motion of Separation of Powers Clinic for leave to file a brief amicus curiae in support of appellants, and the lodged brief amicus curiae; the consent motion of AFL-CIO for leave to file a brief amicus curiae, and the lodged brief amicus curiae; the motion of Professor Jed Handelsman Shugerman for leave to file a brief amicus curiae, and the

United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 25-5037                                    September Term, 2024

lodged brief amicus curiae; and the motion of Martin Akerman for leave to participate as amicus curiae, and the lodged brief amicus curiae, it is

**ORDERED** that the motions be granted.  The Clerk is directed to file the lodged briefs amicus curiae.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:      /s/
Michael C. McGrail
Deputy Clerk