ORAL ARGUMENT SCHEDULED MAY 16, 2025
No. 25–5057

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

GWYNNE A. WILCOX,

*Plaintiff-Appellee*,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; MARVIN E. KAPLAN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE NATIONAL LABOR RELATIONS BOARD,

*Defendants-Appellants*.

_____

On Appeal from the United States District Court for the District of Columbia
(No. 1:25-cv-00334, Hon. Beryl A. Howell)

_____

**NOTICE OF AMERICANS FOR PROSPERITY FOUNDATION'S INTENT TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF APPELLANTS**

_____

Michael Pepson
AMERICANS FOR PROSPERITY FOUNDATION
4201 Wilson Blvd., Ste. 1000
Arlington, VA 22203
571.329.4529
mpepson@afphq.org

Dated: March 28, 2025          *Counsel for Amicus Curiae*

## NOTICE OF INTENT TO FILE AMICUS BRIEF

Americans for Prosperity Foundation ("AFPF") hereby files this notice of intent to participate as amicus curiae in support of Appellants. All parties have consented to the filing of AFPF's amicus brief.

    Respectfully submitted,

    /s/ Michael Pepson
    Michael Pepson
    AMERICANS FOR PROSPERITY FOUNDATION
    4201 Wilson Blvd., Ste. 1000
    Arlington, VA 22203
    571.329.4529
    mpepson@afphq.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I electronically filed the above Notice of Intent to Participate as Amicus Curiae with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s/ Michael Pepson