# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
GWYNNE WILCOX,                       )
                                     )
    Plaintiff-Appellee,            )
                                     )
v.                                   )   No. 25-5057
                                     )
DONALD TRUMP, *et al.*               )
                                     )
    Defendants-Appellants.         )
_____ )

## NOTICE OF PARTIES' CONSENT FOR FILING OF AN
## *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS

Pursuant to Rule 29(a), Federal Rules of Appellate Procedure, and D.C. Circuit Rule 29(b), America's Future, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Public Advocate of the United States, Public Advocate Foundation, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund (the "*amici curiae*"), by and through their undersigned counsel, hereby give notice that the parties have consented to the filing of this *amicus curiae* brief in support of Defendants-Appellants.

                                                  Respectfully submitted,

                                                  */s/ William J. Olson*
                                                  _____
                                                  *William J. Olson

2

>Jeremiah L. Morgan
>WILLIAM J. OLSON, P.C.
>370 Maple Avenue West, Suite 4
>Vienna, VA  22180-5615
>(703) 356-5070
>wjo@mindspring.com
>
>Attorneys for *Amici Curiae*
>America's Future, *et al*.

March 29, 2025

*Counsel of record

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, and D.C. Circuit Rules 26.1 and 29(b), it is hereby stated that the *amici curiae* are non-stock, nonprofit corporations, which have no parent company, and no person or entity owns them or any part of them.

Respectfully submitted,

/s/ *William J. Olson*

_____
\*William J. Olson
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
March 29, 2025                              wjo@mindspring.com
\*Counsel of record                        Attorneys for *Amici Curiae*
America's Future, *et al*.

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2025, the foregoing Notice of Parties' Consent for Filing of an *Amicus Curiae* Brief in Support of Defendants-Appellants, together with the Rule 26.1 Corporate Disclosure Statement, was served upon the parties by the Court's Case Management/ Electronic Case Files system to the attorneys for the respective parties.

                                           */s/ William J. Olson*
                                           William J. Olson
                                           WILLIAM J. OLSON, P.C.
                                           370 Maple Avenue West, Suite 4
                                           Vienna, VA  22180-5615
                                           (703) 356-5070
                                           wjo@mindspring.com