ORAL ARGUMENT SCHEDULED ON MAY 16, 2025

No. 25-5057

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

G‌WYNNE A. W‌ILCOX,
*Plaintiff-Appellee*,

v.

D‌ONALD J. T‌RUMP, et al.,
*Defendants-Appellants*.

---

O‌N A‌PPEAL FROM THE U‌NITED S‌TATES D‌ISTRICT C‌OURT FOR THE
D‌ISTRICT OF C‌OLUMBIA
No. 1:25-cv-334

---

**NOTICE OF INTENT OF COALITION FOR A DEMOCRATIC
WORKPLACE TO FILE BRIEF AS *AMICUS CURIAE*
IN SUPPORT OF DEFENDANTS-APPELLANTS**

---

    Kevin F. King
       *Counsel of Record*
    Matthew J. Glover
    Eli Nachmany
    Brad J. Grisenti*
    C‌OVINGTON & B‌URLING LLP
    850 Tenth Street NW
    Washington, DC 20001
    (202) 662-6000
    kking@cov.com

    * Admission application pending

March 29, 2025                           *Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a) and Circuit Rule 29(b), undersigned counsel states that the Coalition for a Democratic Workplace is not a publicly traded corporation.  It is an informal coalition whose members are listed at www.myprivateballot.com and which affiliates with the Employer Policy Network Association, and no publicly held company has 10% or greater ownership in the organization.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICUS CURIAE*

Pursuant to Circuit Rule 29(b), the Coalition for a Democratic Workplace ("Coalition") hereby notifies this Court of its intent to file an *amicus curiae* brief in the above-captioned matter in support of the Appellants, Donald J. Trump, et al. All parties have consented to the filing of this brief.

Pursuant to Circuit Rule 29(d), a separate *amicus* brief is necessary because the highly expedited briefing schedule ordered by the Court has made coordination with other *amici* on a single brief impracticable. Additionally, *amicus* is unaware of entities or individuals intending to participate as *amici* in this matter that offer the unique perspective of an employer organization whose members are regulated by the National Labor Relations Board.

    *s/ Kevin F. King*
Kevin F. King
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
kking@cov.com

DATED:   March 29, 2025            *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2025, I caused a true and correct copy of the foregoing notice to be filed with the Clerk of the United States Court of Appeals for the D.C. Circuit via the Court's CM/ECF system. Counsel for all parties have been served by e-mail, and are registered CM/ECF users and will be served by the appellate CM/ECF system.

*s/ Kevin F. King*
Kevin F. King
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
kking@cov.com

DATED:   March 29, 2025                              *Counsel for Amicus Curiae*