# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Gwynne A. Wilcox

v.

Donald J. Trump, et al.

**Case No:** 25-5057

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Coalition for a Democratic Workplace

### Counsel Information

Lead Counsel: Kevin F. King
Direct Phone: (202) 662-5488  Fax: (202) 778-5488  Email: kking@cov.com

2nd Counsel: Matthew J. Glover
Direct Phone: (202) 662-5430  Fax: (202) 778-5430  Email: mglover@cov.com

3rd Counsel: Eli Nachmany
Direct Phone: (202) 662-5401  Fax: (202) 778-5401  Email: enachmany@cov.com

Firm Name: Covington & Burling LLP
Firm Address: 850 Tenth Street NW Washington, DC 20001
Firm Phone: (202) 662-6000  Fax: (202) 778-6000  Email: receptionwa@cov.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)