# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Gwynne A. Wilcox

v.

Donald J. Trump, et al.

**Case No:** 25-5057

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Coalition for a Democratic Workplace

### Counsel Information

**Lead Counsel:** Kevin F. King

**Direct Phone:** (202) 662-5488  **Fax:** (202) 778-5488  **Email:** kking@cov.com

**2nd Counsel:** Brad J. Grisenti

**Direct Phone:** (202) 662-5063  **Fax:** (202) 778-5063  **Email:** bgrisenti@cov.com

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Covington & Burling LLP

**Firm Address:** 850 Tenth Street NW Washington, DC 20001

**Firm Phone:** (202) 662-6000  **Fax:** (202) 778-6000  **Email:** receptionwa@cov.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)