# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** GWYNNE A. WILCOX

v.

DONALD J. TRUMP, in his official capacity

**Case No:** 25-5057

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

The Chamber of Commerce of the United States

### Counsel Information

Lead Counsel: Steven A. Engel

Direct Phone: (202) 261-3369  Fax: (   ) ___-____  Email: Steven.Engel@dechert.com

2nd Counsel: Michael H. McGinley

Direct Phone: (202) 261-3378  Fax: (   ) ___-____  Email: Michael.McGinley@dechert.com

3rd Counsel: Brian A. Kulp

Direct Phone: (215) 994-2290  Fax: (   ) ___-____  Email: Brian.Kulp@dechert.com

Firm Name: Dechert LLP

Firm Address: 1900 K Street, NW, Washington, DC 20006

Firm Phone: (202) 261-3300  Fax: (   ) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)