# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Wilcox

v.

Trump, et al.

**Case No:** 25-5057

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Tennessee

### Counsel Information

**Lead Counsel:** James Matthew Rice

**Direct Phone:** (615) 532-6026  **Fax:** (615) 741-2009  **Email:** matt.rice@ag.tn.gov

**2nd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**Firm Name:** Office of the Tennessee Attorney General and Reporter

**Firm Address:** P.O. Box 20207, Nashville, TN 37202

**Firm Phone:** (615) 741-3491  **Fax:** (615) 741-2009  **Email:** matt.rice@ag.tn.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)