**No. 25-5057**

## IN THE UNITED STATES COURT OF APPEALS
## FOR DISTRICT OF COLUMBIA

——————————

GWYNNE WILCOX,
*Plaintiff-Appellee*,
v.
DONALD TRUMP, IN HIS OFFICIAL CAPACITY, ET AL.,
*Defendants-Appellants*.

——————————

## NOTICE OF WITHDRAWAL OF COUNSEL

Whitney D. Hermandorfer departed employment at the Office of the Tennessee Attorney General and Reporter, effective July 15, 2025. This is a notice of her withdrawal as counsel for the State of Tennessee in the above-captioned case. The State of Tennessee will continue to be represented by the undersigned.

Dated: July 16, 2025.                              Respectfully submitted,

                                                   */s/  J. Matthew Rice*

                                                   J. MATTHEW RICE
                                                    *Solicitor General*
                                                   Office of Tennessee Attorney
                                                   General and Reporter
                                                   P.O. Box 20207
                                                   Nashville, TN 37202
                                                   (615) 741-3491
                                                   Matt.rice@ag.tn.gov

                                                   *Counsel for the State of
                                                   Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I filed the forgoing document
with the Clerk of the Court using the CM/ECF System, which will send
notice of such filing to all registered CM/ECF users.

                                                   */s/  J. Matthew Rice*
                                                   J. MATTHEW RICE