UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GWYNNE WILCOX,<br><br>    Plaintiff-Appellee,<br><br>    v.<br><br>DONALD TRUMP, et al.,<br><br>    Defendants-Appellants. | No. 25-5057 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

The undersigned attorney for Amicus Curiae Coalition for a Democratic Workplace, Brad J. Grisenti, is leaving employment at Covington & Burling LLP, and hereby withdraws from this case. Other counsel who have entered appearances will continue to represent the Coalition in this case.

Respectfully Submitted,

Dated: July 28, 2025

/s/ *Brad J. Grisenti*
Brad J. Grisenti
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956
202-662-6000
bgrisenti@cov.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on July 28, 2025. Participants in the case will be served by email through the Court's CM/ECF system.

Dated: July 28, 2025

*/s/ Brad J. Grisenti*
Brad J. Grisenti
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956
202-662-6000
bgrisenti@cov.com