# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 17, 2025

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

Re: Gwynne A. Wilcox
v. Donald J. Trump, President of the United States, et al.
No. 25-319
(Your No. 25-5057)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 15, 2025 and placed on the docket September 17, 2025 as No. 25-319.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst