# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 22, 2025

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

    Re:  Gwynne A. Wilcox
          v. Donald J. Trump, President of the United States, et al.
          No. 25-319
          (Your No. 25-5057)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari before judgment is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk