# United States Court of Appeals
### For The District Of Columbia Circuit

───────────

**No. 25-5057**                      **September Term, 2025**

**1:25-cv-00334-BAH**

**Filed On:** January 28, 2026

Gwynne A. Wilcox,

     Appellee

    v.

Donald J. Trump, in his official capacity as President of the United States and Marvin E. Kaplan, in his official capacity as Chairman of the National Labor Relations Board,

     Appellants

 

**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellee's corrected petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                           **FOR THE COURT:**
                           Clifton B. Cislak, Clerk

           BY:   /s/
                  Daniel J. Reidy
                  Deputy Clerk