# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 25-5057** | **September Term, 2025** |
| | 1:25-cv-00334-BAH |
| | Filed On: February 9, 2026 [2158232] |

Gwynne A. Wilcox,

    Appellee

    v.

Donald J. Trump, in his official capacity as President of the United States and Marvin E. Kaplan, in his official capacity as Chairman of the National Labor Relations Board,

    Appellants

### M A N D A T E

In accordance with the judgment of December 5, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

BY:    /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the judgment filed December 5, 2025