# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GWYNNE WILCOX,<br>Plaintiff-Appellee,<br>v.<br>DONALD TRUMP, et al.,<br>Defendants-Appellants. | No. 25-5057 |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned attorney for Amicus Curiae Coalition for a Democratic Workplace, Eli Nachmany, is leaving employment at Covington & Burling LLP, and hereby withdraws from this case. Other counsel who have entered appearances will continue to represent the Coalition in this case.

Respectfully Submitted,

Dated: April 14, 2026

*/s/ Eli Nachmany*

Eli Nachmany
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956
202-662-6000
enachmany@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on April 14, 2026. Participants in the case will be served by email through the Court's CM/ECF system.

Dated: April 14, 2026

*/s/ Eli Nachmany*

Eli Nachmany
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956
202-662-6000
enachmany@cov.com