# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 23, 2026

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

    Re:  Gwynne A. Wilcox
        v. Donald J. Trump, President of the United States, et al.
        Application No. 25A1164
        (Your No. 25-5057)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on April 23, 2026, extended the time to and including June 27, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

APR 29 2026

RECEIVED

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Deepak Gupta
Gupta Wessler LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006


Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

OFFICE OF THE CLERK

**SUPREME COURT OF THE UNITED STATES**

WASHINGTON, DC 20543-0001

———

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE $300

quadient

FIRST-CLASS MAIL
IMI
$000.74 0
04/27/2026 ZIP 20543
043M31266310

US POSTAGE