# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Wilcox

v.

Trump, et al.

**Case No:** 25-5057

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

State of Tennessee

### Counsel Information

Lead Counsel: Madeline W. Clark

Direct Phone: ( 615 ) 253-0144 Fax: ( 615 ) 741-2009 Email: madeline.clark@ag.tn.gov

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Office of the Tennessee Attorney General and Reporter

Firm Address: P.O. Box 20207, Nashville, TN 37202

Firm Phone: ( 615 ) 741-3491 Fax: ( 615 ) 741-2009 Email: madeline.clark@ag.tn.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.