# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Gwynne A. Wilcox, | ) | |
| | ) | |
| *Plaintiff-Appellee,* | ) | |
| | ) | |
| v. | ) | **Case No. 25-5057** |
| | ) | |
| Donald Trump, *in his official capacity as* | ) | |
| *President of the United States*, et al. | ) | |
| | ) | |
| *Defendant-Appellant.* | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned is departing employment at the Office of the Tennessee Attorney General and Reporter and hereby withdraws as counsel for the State of Tennessee in the above-captioned case. The State of Tennessee will continue to be represented by Madeline Clark, who previously entered a notice of appearance. No party will be prejudiced by this withdrawal.

Dated:    May 13, 2026

Respectfully submitted,

/s/ James Matthew Rice
JAMES MATTHEW RICE
Solicitor General
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6026
Matt.rice@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notice of this filing to counsel of record and all registered participants.

/s/ James Matthew Rice

JAMES MATTHEW RICE