# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 1, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001


      Re:  Gwynne A. Wilcox
          v. Donald J. Trump, President of the United States, et al.
          No. 26-5
          (Your No. 25-5057)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 27, 2026 and placed on the docket July 1, 2026 as No. 26-5.


Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst